936

No. 78–1684.   Fahey, dba Castle Rest Nursing Home v. Hynes, Deputy Attorney General of New York.   Appeal from App. Div., Sup. Ct. N. Y., 4th Jud. Dept., dismissed for want of substantial federal question.

No. 78–931.   Babbitt, Governor of Arizona, et al. v. United Farm Workers National Union et al.   Appeal from D. C. Ariz.   Judgment vacated and case remanded for further consideration in light of *Babbitt* v. *Farm Workers, ante,* p. 289.

No. 78–5693.   Ross v. Byrd et al.   C. A. 4th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Greenholtz* v. *Nebraska Penal Inmates, ante,* p. 1.   Mr. Justice Stewart, Mr. Justice Blackmun, Mr. Justice Rehnquist, and Mr. Justice Stevens dissent.

No. 78–6095.   Griffith v. Arizona.   Sup. Ct. Ariz.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Greenholtz* v. *Nebraska Penal Inmates, ante,* p. 1.   Mr. Justice Stewart, Mr. Justice Blackmun, Mr. Justice Rehnquist, and Mr. Justice Stevens dissent.

No. 78–6232.   White v. Arizona.   Sup. Ct. Ariz.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Greenholtz* v. *Nebraska Penal Inmates, ante,* p. 1.   Mr. Justice Stewart, Mr. Justice Blackmun, Mr. Justice Rehnquist, and Mr. Justice Stevens dissent.